IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
NO: 4:25-CV-00183-D-RN

| | |
|---|---|
| REECE'S CHAPEL MISSIONARY BAPTIST CHURCH of NEWPORT, North Carolina,<br><br>and<br><br>JOHN DOE,<br>Plaintiffs,<br><br>v.<br><br>ASA BUCK, Sheriff of Carteret County, North Carolina, in his official capacity,<br><br>Defendant. | **ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL** |

This cause being heard by the undersigned Clerk on Motion to Withdraw Attorney Marissa K. Jensen as Counsel for Defendant Asa Buck pursuant to Federal Rule of Procedure 7(b) and it appearing to the Court that the Motion should be allowed as Attorney Steven Bader remains as counsel of record for Defendant Asa Buck;

IT IS THEREFORE ORDERED that Marissa Jensen is relieved of any further responsibility for representation of Defendant Asa Buck in this matter.

This the _____ day of September, 2026.

______________________________________
CLERK, U.S. District Court
EASTERN DISTRICT OF NORTH CAROLINA

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing *Order Granting Motion to Withdraw as Counsel* was electronically filed with the Clerk of Court using the CM/ECF filing system and served via electronic transmission through the Court's CM/ECF system in accordance with Rule 5(b)(2)(D) of the Federal Rules of Civil Procedure and applicable local rules upon the CM/ECF participants.

Paul M. Dubbeling
P.M. Dubbeling, PLLC
210 North Columbia Street
Chapel Hill, NC 27514
Email paul@pmdubbeling.com
*Attorneys for Plaintiffs*

This the 8th day of September 2026.

/s/ Marissa K. Jensen
Steven A. Bader
N.C. State Bar No. 55931
Email: sbader@cshlaw.com
Marissa K. Jensen
N.C. State Bar No. 46153
Email: mjensen@cshlaw.com
CRANFILL SUMNER LLP
P.O. Box 27808
Raleigh, North Carolina 27611
Telephone: 919-828-5100
*Attorneys for Defendant*